STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Roman Anthony Sandoval

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

ROMAN ANTHONY SANDOVAL,

                  Plaintiff,    CASE NO.: 5:21-CV-01495-MWF-E

    -v-

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                  Defendant.

**ORDER AWARDING ATTORNEY'S FEES
PURSUANT TO THE EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

1

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Six Thousand Seven Hundred Dollars and Zero Cents ($6,700.00) and no costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group.

IT IS SO ORDERED.

Date: September 7, 2022

_____
Michael W. Fitzgerald
United States District Judge